**Order entered December 23, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00192-CR
No. 05-20-00194-CR

**HENRY MUNOZ, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0773 & 2-19-0774**

**ORDER**

Before the Court is appellant's December 11, 2020 motion to abate the appeal. In the motion, appellant notes that the clerk's record does not contain the trial court's order on "Defendant's Motion to Set Aside Indictment for Failure to Afford Constitutional Right to Speedy Trial." Appellant states the district clerk has been unable to locate the order and asks us to assist in resolving the matter because the State was of the opinion that the trial court lacked plenary power to correct the record. *Cf.* TEX. R. CIV. P. 329b(f). The district clerk informs us by November 17,

2020 letter that, "[a]fter an extensive amount of time and resources from our office physically looking through each file," the office was unable to find the order.

We **GRANT** the motion.

We **ORDER** the trial court to determine what constitutes an accurate copy of the missing order and to order it included in a supplemental clerk's record **WITHIN THIRTY DAYS** of the date of this order. We **ORDER** the parties to promptly assist the trial court with this matter in any way the trial court desires. The parties agree that the trial court denied the motion and that the trial court likely signed the original order denying the motion on December 20, 2019, when other motions heard during a pretrial conference the day before were signed. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the Rockwall County District Clerk to transmit to this Court, **WITHIN THIRTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing either (1) the original order denying "Defendant's Motion to Set Aside Indictment for Failure to Afford Constitutional Right to Speedy Trial" or (2) the accurate copy of that order, as described above and provided for by Texas Rule of Appellate Procedure 34.5(e).

We **DIRECT** the Clerk to send copies of this order to the Honorable Brett Hall, Presiding Judge, 382nd Judicial District Court; to Rockwall County District Clerk Lea Carlson; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court and district clerk to comply with this order. The appeal shall be reinstated when the Court receives the supplemental clerk's record with the specified order or at such other time as the Court deems appropriate.

/s/    CORY L. CARLYLE
JUSTICE